**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 13-cv-02741-BNB

(**The above civil action number must appear on all future papers sent to the court in this action.  Failure to include this number may result in a delay in the consideration of your claims.**)

RICHARD L. DAVIS, Chief Red Hawk, Confederated Tribes, a 501(c)(3) Latgawa Indian Nation,

    Plaintiff,

v.

THE STATE OF COLORADO,
COLORADO DEPARTMENT OF REVENUE,
BARBARA BROHL, individually, and as Director of the Colorado Department of Revenue,
THE DISTRICT ATTORNEY, individually, and as Representative of the County of Denver,
ALAN DeATLEY, an individual,
SOLUTIONS INTERNATIONAL, LLC,
WAYNE ALLARD, an individual,
MR. KLICK, an individual,
DAVID ZAMZOW, an individual,
EKS&H, a partnership,
LESLIE A. POWERS, an individual, and
POWERS AND THERRIAN, Attorneys,
CONSERVATION GROUP OF COLORADO, LLC, and
JAMES HACKSTAFF, an Attorney residing in Denver County doing business in Denver Colorado,

    Defendants.

**ORDER DIRECTING PLAINTIFF TO CURE DEFICIENCIES**

Plaintiff has submitted *pro se* a Complaint (ECF No. 1) and an Application to Proceed in District Court Without Prepaying Fees or Costs (Short Form) (ECF No. 3). As part of the court's review pursuant to D.C.COLO.LCivR 8.1, the court has

determined that the documents are deficient as described in this order. Plaintiff will be directed to cure the following if he wishes to pursue his claims. Any papers that Plaintiff files in response to this order must include the civil action number on this order.

**28 U.S.C. § 1915 Motion and Affidavit**:
(1) __ is not submitted
(2) __ is missing affidavit
(3) __ is missing certified copy of prisoner's trust fund statement for the 6-month period immediately preceding this filing
(4) __ is missing certificate showing current balance in prison account
(5) __ is missing required financial information
(6) __ is missing an original signature by the prisoner
(7) xx is not on proper form (must use the court's current form)
(8) __ names in caption do not match names in caption of complaint, petition or habeas application
(9) __ other: _____

**Complaint, Petition or Application**:
(10) __ is not submitted
(11) xx is not on proper form (must use the court's current Prisoner form)
(12) __ is missing an original signature by the prisoner
(13) __ is missing page nos. __
(14) __ uses et al. instead of listing all parties in caption
(15) __ names in caption do not match names in text
(16) __ addresses must be provided for all defendants/respondents in "Section A. Parties" of complaint, petition or habeas application
(17) __ other: _____

Accordingly, it is

ORDERED that Plaintiff cure the deficiencies designated above **within thirty (30) days from the date of this order**. Any papers that Plaintiff files in response to this order must include the civil action number on this order. It is

FURTHER ORDERED that Plaintiff shall obtain the court-approved Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 and Complaint forms, along with the applicable instructions, at www.cod.uscourts.gov. It is

FURTHER ORDERED that, if Plaintiff fails to cure the designated deficiencies

**within thirty (30) days from the date of this order**, the complaint and the action will be dismissed without further notice.  The dismissal shall be without prejudice.

DATED October 8, 2013, at Denver, Colorado.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge