IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO


Civil Action No. 13-cv-02741-LTB

RICHARD L. DAVIS, an individual and as CHIEF RED HAWK, Chief of the Latgawa,
THE CONFEDERATED TRIBES - ROGUE - TABLE ROCK AND ASSOCIATED
	TRIBES, INC., a 501(c)(3) Oregon Corporation, and
THE LATGAWA NATIVE AMERICAN INDIAN NATION, a Sovereign Government,

	Plaintiffs,

v.

THE STATE OF COLORADO,
COLORADO DEPARTMENT OF REVENUE,
BARBARA BROHL, individually, and as Director of the Colorado Department of
	Revenue,
DISTRICT ATTORNEY JOSEPH MORALES, individually, and as representative of the
	County of Denver,
ASSISTANT DISTRICT ATTORNEY KANDACE GERDES, individually, and as
	representative of the County of Denver,
ALAN E. DEATLEY, an individual,
15 CORPORATIONS, INC., a Washington Corporation,
SOLUTIONS INTERNATIONAL LLC, an Oregon Corporation,
NAPI LLC, a Washington Corporation,
N.A.P.I. LLC, an Oregon Corporation,
NAPI COLORADO LLC, a Colorado Corporation, and their respective errors and
	omissions insurance carriers,
CONSERVATION GROUP OF COLORADO LLC, a Colorado Corporation, and their
	respective errors and omissions insurance carriers,
COUNTRY CASUALTY INSURANCE COMPANY,
COUNTRY MUTUAL INSURANCE COMPANY,
JAMES C. HACKSTAFF, an individual,
HACKSTAFF LAW GROUP, a Colorado Professional Services Corporation,
HACKSTAFF GESSLER, a Colorado Professional Services Corporation, and their
	respective errors and omissions insurance carriers,
LES POWERS,
JANE DOE POWERS, individuals,
KEITH R. THERRIEN,
JANE DOE THERRIEN, individuals,
POWERS & THERRIEN P.S., a Washington Professional Services Corporation, and
	their respective errors and omissions insurance carriers,
RANDY NICHOLS, an individual,
THE NICHOLS COMPANY, and their respective errors and omissions insurance

carriers,
CORY NEWKIRK, an individual,
BRENDA JACKSON, an individual,
JOHN MEDVED,
DEBRA MEDVED, as individuals,
MEDVED CHEVROLET, a Colorado Corporation, and their respective errors and omissions insurance carriers, and
JOHN AND JANE DOES AND DOES ONE THROUGH ONE HUNDRED, alleged participants in the Colorado Conservation Easement Tax Credit Program,

Defendants.

## JUDGMENT

Pursuant to and in accordance with the Order of Dismissal entered by Lewis T. Babcock, Senior District Judge, on March 11, 2014, it is hereby

ORDERED that Judgment is entered in favor of Defendants and against Plaintiffs.

DATED at Denver, Colorado, this 11 day of March, 2014.

FOR THE COURT,

JEFFREY P. COLWELL, Clerk

By: s/T.Lee
Deputy Clerk